POWELL *v.* ALLEN & HOLMES.

HOLDEN, J. Under the ruling made in this case when it was formerly before this court (*Allen & Holmes* v. *Powell,* 125 *Ga.* 438 (54 S. E. 137) ), the amendments made by the plaintiff did not cure the defects held to exist in his petition, and under such ruling the court committed no error in dismissing the petition.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 24, 1910.

Complaint. Before Judge Mitchell. Colquitt superior court. October 15, 1908.

*Shipp & Kline,* for plaintiff.

*J. A. Wilkes* and *W. A. Covington,* for defendants.